## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

**ROBERT FAINE,**

Case No. **10-16746-BKC-LMI**
Chapter 7

_____Debtor._____/

## TRUSTEE'S NOTICE OF ABANDONMENT

**COMES NOW, Barry E. Mukamal**, as the Chapter 7 Trustee of the case captioned above and does hereby file his notice pursuant to §554 of the United States Bankruptcy Code and Rule 6007 FRBP that he intends to abandon the following property of the debtor(s) in that it is burdensome and of inconsequential value and benefit to the estate:

**Real Property located at: 3400 S.W. 27 Ave., Apt 1805, Miami, FL 33133 as listed on Schedule "A" of the Debtor's Bankruptcy petition**

Any person objecting to the proposed abandonment shall, within fourteen (14) days from the date of this notice, file written objection with the Clerk of the United States Bankruptcy Court of the Southern District of Florida, 51 S.W. 1st Avenue, Room 1517, Miami, FL  33130 **and serve a copy of this objection on the Trustee at the address given below.**

**I CERTIFY THAT** a copy of this *Notice of Abandonment* was mailed via first class mail to all persons on the attached list this ***25th day of September, 2012***.

                                                    /s/ Barry E. Mukamal
                                         Barry E. Mukamal, Trustee
                                         One S.E. Third Avenue, Box 158
                                         Miami, FL  33131

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 10-16746-LMI<br>Southern District of Florida<br>Miami<br>Tue Sep 25 12:14:57 EDT 2012 | Aaronson Schantz P.A.<br>100 S.E. 2nd Street<br>Miami Tower, 27th Floor<br>Miami, FL 33131-2100 | BAC Home Loans Servicing LP<br>c/o Scott Weiss<br>1800 NW 49th St #120<br>Fort Lauderdale, FL 33309-3092 |
| Citibank, N.A.<br>701 East 60th Street North<br>SIOUX FALLS, SD 57104-0493 | Citibank, N.A.<br>Payment Center, 4740 121st Street<br>Urbandale, IA 50323-2402 | Geoffrey S Aaronson P.A.<br>Miami Tower<br>100 SE 2nd Street, 27th Floor<br>Miami, FL 33131-2122 |
| JP Morgan Chase Bank Department<br>PO Box 201347<br>Arlington, TX 76006-1347 | Metro Bank of Dade County (Yates)<br>Sapurstein & Bloch, P.A.<br>9700 South Dixie Highway<br>Suite 1000<br>Miami, FL 33156-2865 | MetroBank<br>c/o Bruce E. Bloch, Esq.<br>9700 S. Dixie Hwy<br>Suite 1000<br>Miami, FL 33156-2865 |
| Recovery Management Systems Corp<br>25 SE 2 Ave  #1120<br>Miami, FL 33131-1605 | Robert Faine PA<br>c/o Carol L Finklehoffe<br>19 W Flagler St #920<br>Miami, FL 33130-4407 | Robert Faines, DDS<br>c/o Carol L Finklehoffe<br>19 W Flagler St #920<br>Miami, FL 33130-4407 |
| Sunset Station Condominium Association<br>c/o Steven L. Frischer Esq<br>7600 Red Road #305<br>Miami, FL 33143-5427 | The Tower Residences Condominium Association<br>Siegfried, Rivera, Lerner, et al.<br>201 Alhambra Circle, #1102<br>Coral Gables, FL 33134-5108 | TotalBank<br>c/o Luis Salazar, Esq.<br>Infante, Zumpano, Hudson & Miloch, LLC<br>500 S. Dixie Highway<br>Suite 302<br>Coral Gables, FL 33146-2768 |
| USAA<br>PO Box 829009<br>Dallas, TX 75382-9009 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | AT&T<br>P.O. Box 105503<br>Atlanta, GA 30348-5503 |
| Adorno & Yoss LLP<br>2525 Ponce de Leon<br>Miami, FL 33134-6044 | Airgas South<br>P.O. Box 9249<br>Marietta, GA 30065-2249 | Alicia Carroll, D.D.S.<br>9580 Southwest 107th Ave., Ste 103<br>Miami, FL 33176-2792 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Express Platinum Card<br>PO Box 981540<br>El Paso, TX 79998-1540 | B&J Dental<br>754 NE 126 Street<br>Miami, FL 33161-4823 |
| BAC Home Loans Servicing LP<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 | Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 |
| Bank of America<br>P.O. Box 21845<br>Greensboro, NC 27420-1845 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 |

| | | |
|---|---|---|
| Berman Rennert Vogel & Mandler, P.S.<br>Miami Tower<br>100 SE 2nd Street, Suite 2900<br>Miami, FL 33131-2119 | Blue Cross Blue Shield of Florida<br>PO Box 105358<br>Atlanta, GA 30348-5358 | Brasseler USA Dental Instrumentation<br>One Brasseler Blvd<br>Savannah, GA 31419-9576 |
| Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Care Credit<br>c/o GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Cenlar<br>Central Loan Adminsitration & Reporting<br>PO Box 986<br>Newark, NJ 07184-0986 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Credit Card<br>PO Box 36520<br>Louisville, KY 40233-6520 |
| Citi Mastercard<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323-2402 | Creative Dental Laboratories<br>10721 Gillsville Rd.<br>Maysville, GA 30558-2846 |
| Crest P&G Oral Health<br>24808 Network Place<br>Chicago, IL 60673-1248 | Crystal Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Denmat Holdings, LLC<br>PO Box 1729<br>Santa Maria, CA 93456-1729 | Dennis Grossman, Esq.<br>757 SE 17th St Apt 307<br>Fort Lauderdale, FL 33316-2960 | Dentsply<br>Tulsa Dental Specialties<br>5100 East Skelly Dr., Suite 300<br>Tulsa, OK 74135-6560 |
| Discuss Dental LLC<br>Dept 2446<br>PO Box 122446<br>Dallas, TX 75312-2446 | FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 |
| Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | Florida Power & Light Company<br>PO Box 025576<br>Miami, FL 33102-5576 | GE Commercial Finance<br>PO Box C-97550<br>Bellevue, WA 98009-7550 |
| GE Money Bank<br>Care of GE Consumer Finance<br>dba CARECREDIT/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 | GMAC, Inc.<br>c/o Pollack and Rosen, P.A.<br>800 Douglas Rd. N Tower<br>Suite 450<br>Miami, FL 33134-3125 | Galloway Office Supplies<br>10201 NW 21 Street<br>Miami, FL 33172-2518 |
| General Electric Capital Corporation<br>c/o Scott M. Grossman, Esq.<br>401 E Las Olas Blvd #2000<br>Fort Lauderdale FL 33301-4223 | Great West Life & Annuity Insurance Co.<br>ADA Group Dept 890<br>Denver, CO 80271-0890 | Greenberg Traurig, Attn Eric Coffman<br>1221 Brickell Ave<br>Miami, FL 33131-3224 |

| | | |
|---|---|---|
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | HSBC Mastercard<br>PO Box 5250<br>Carol Stream, IL 60197-5250 | Henry Schein Inc.<br>135 Duryea Rd.<br>Melville, NY 11747-3834 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JP Morgan Chase<br>2901 Kinwest Pkwy., Ste 300<br>Irving, TX 75063-5815 | JP Morgan Chase Bank<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Keystone Dental<br>144 Middlesex Turnpike<br>Burlington, MA 01803-4403 | Metro Bank of Dade County<br>9350 South DIxie Highway<br>Miami, FL 33156-2900 | Monte Duncan<br>c/o McCullough & Leboff<br>4699 Davie Rd<br>Davie, FL 33314-4423 |
| Mullen Howard Hammatt & Co. PA<br>7900 Red Road, Suite 26<br>Miami, FL 33143-5546 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Prime Dental Studio Corp.<br>1490 W. 49 Pl., Suite 215 A<br>Hialeah, FL 33012-3149 |
| Protection One<br>PO Box 5714<br>Carol Stream, IL 60197-5714 | RTI Biologics<br>PO Box 11404<br>Columbia, SC 29211-1404 | (p)REAL TIME RESOLUTIONS INC<br>PO BOX 36655<br>DALLAS TX 75235-1655 |
| Reys Cleaners<br>2619 Ponce de Leon Blvd.<br>Miami, FL 33134-6002 | Robert Faine, D.D.S., P.A.<br>5975 SW 72 Street<br>Suite 502<br>Miami, FL 33143-5118 | Shelby Singleton<br>c/o McCullough & Leboff<br>4699 Davie Rd<br>Davie, FL 33314-4423 |
| SmartPractice<br>3400 E. McDowell Rd<br>Phoenix, AZ 85008-7899 | Sound Components Inc.<br>1536 South Dixie Highway<br>Miami, FL 33146-3061 | Stericycle<br>28161 N. Keith Drive<br>Lake Forest, IL 60045-4528 |
| Sunset Station Condo Assoc., Inc.<br>Attn: Lockbox Dept<br>PO Box 166277<br>Miami, FL 33116-6277 | The Real Yellow Pages<br>c/o AT&T Advertising & Publishing<br>PO Box 105024<br>Atlanta, GA 30348-5024 | Total Bank<br>PO Box 450678<br>Miami, FL 33245-0678 |
| Total Bank<br>c/o Maritza Jaime, S.V.P. Special Assets<br>2828 Coral Way, 4th Floor<br>Miami, Florida 33145-3214 | TransAmerica Life Insurance Company<br>PO Box 95302<br>Hurst, TX 76053-2302 | U.S. Small Business Adminsitration<br>PO Box 740192<br>Atlanta, GA 30374-0192 |
| UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Small Business Admn<br>200 W Santa Ana Blvd #180<br>Santa Ana CA 92701-4134 | USAA<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 |

| | | |
|---|---|---|
| Ultrdent Products Inc.<br>505 West 10200 South<br>South Jordan, UT 84095-3935 | United States Trustee<br>51 SW 1 Ave., Room 1204<br>Miami, FL 33130-1614 | University Directories<br>PO Box 8830<br>Chapel Hill, NC 27515-8830 |
| Wells Fargo Financial Leasing<br>Manufacturer Services Group<br>PO Box 7777<br>San Francisco, CA 94120-7777 | Wells Fargo Financial Leasing Manufacturer S<br>300 Tri-State Intl Suite 400<br>Lincolnshire, IL 60069-4417 | Zimmer<br>PO Box 277542<br>Atlanta, GA 30384-7542 |
| Alan R Barbee<br>Marcum LLP<br>525 Okeechobee Blvd # 750<br>West Palm Beach, FL 33401-6329 | Anna Luisa Almonte<br>c/o Michael A. Frank<br>10 Northwest LeJuene Road, Suite 620<br>Miami, fl 33126-5473 | Barry E Mukamal<br>www.marcumllp.com<br>1 SE 3 Ave Box 158 10th Floor<br>Miami, FL 33131-1714 |
| Dennis A Grossman<br>14 Bond St #600<br>Great Neck, NY 11021-2045 | Martin Claire<br>Stampler Auctions<br>1914 Tigertail Blvd<br>Dania, FL 33004-2128 | Monte Duncan<br>c/o Christian A McCue<br>1600 S Federal Hwy #750<br>Pompano Beach, FL 33062-7519 |
| Robert Faine<br>3400 SW 27 Ave., Apt 1805<br>Miami, FL 33133-5320 | Shelby Singleton<br>c/o Christian A McCue<br>100 SE 200 St 27th Floor<br>Miami, FL 33131 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services, LLC<br>One Dell Way<br>Round Rock, TX 78682 | Internal Revenue Service<br>Insolvency Unit<br>7850 S.W. 6th Court<br>Mail Stop 5730<br>Fort Lauderdale, FL 33324 | Real Time Resolutions, Inc<br>1750 Regal Row, Suite 120<br>PO Box 36655<br>Dallas, Tx 75235 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)General Electric Capital Corporation | (u)Miami | (d)Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5548 |
| (d)Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | (d)USAA<br>PO Box 829009<br>Dallas, TX 75382-9009 | End of Label Matrix<br>Mailable recipients   103<br>Bypassed recipients     5<br>Total                  108 |