

**ORDERED in the Southern District of Florida on June 26, 2013.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No. 10-16746-BKC-LMI

ROBERT FAINE,                                      Chapter 7

        Debtor.

_____/

## <u>ORDER DENYING MOTION FOR RELIEF FROM STAY</u>

This matter came before the Court on the Motion for Relief from Stay (ECF #204) filed by Bank of America. The Court having reviewed the Motion and the record, it is ORDERED:

1.    The Creditor's Motion for Relief from Stay is denied since the note is not endorsed and therefore there is no proof of standing. Any renewed motion must comply with the Court's Guidelines for Motions for Relief from the Automatic Stay (CG #10), as required by Local Rule 4001-1(B).

Copy to:
ReShaundra M. Suggs, Esq.

*Attorney Suggs shall serve a copy of this Order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.*